# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**CARRIE RAE ETHERIDGE**                                                       **PLAINTIFF**

**V.**                           **CASE NO. 3:17-CV-03004**

**BOONE COUNTY SHERIFF'S**
**DEPARTMENT; and SHERIFF**
**MIKE MOORE**                                                **DEFENDANTS**

## OPINION AND ORDER

This is a civil rights case filed by the Plaintiff under the provisions of 42 U.S.C. § 1983. Plaintiff proceeds *pro se*. At the times at issue in this case, Plaintiff was incarcerated at the Boone County Detention Center.

Plaintiff failed to submit with her complaint an *in forma pauperis* (IFP) application or the $400 filing fee. By order (Doc. 6) entered on January 13, 2017, Plaintiff was given until January 31, 2017, to complete and submit an IFP application or pay the filing fee. In that same order, Plaintiff was advised that the Boone County Sheriff's Department could not be sued under § 1983. She was given until January 31, 2017, to advise the Court if she wanted to substitute an individual or individuals in place of the Sheriff's Department. She was advised that failure to comply with the order may result in the dismissal of the case. She did not file a response to the order.

On March 14, 2017, a show cause order (Doc. 11) was entered. Plaintiff was given until April 3, 2017, to show cause why this case should not be dismissed due to her failure to prosecute this action and her failure to obey the order of the Court.

The show cause order was returned as undeliverable on April 5, 2017. The envelope was marked "moved left no forwarding address." The Court has no other address for the Plaintiff. When she filed this case, Plaintiff was advised (Doc. 6) that it was her obligation to keep the Court informed of her current address at all times.

For these reasons, this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute this action and failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** on this 14th day of April, 2017.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE